## JUDY DIVITO *v.* BRIAN DIVITO

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Robert S. Kolesnik, Jr.*, in support of the petition.

*Arnold M. Potash*, in opposition.

Decided July 8, 2003